Salah Khatib, Esq. (SBN 330359)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate2@abushararlaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Abduljaleel Altememe; Sumaya Alzuhairy; Ali Altameemi,**<br><br>                 Plaintiffs,<br><br>vs.<br><br>**United States Department of Homeland Security; United States Citizenship and Immigration Services; Los Angeles Asylum Office; David Radel,** Director of the Los Angeles Asylum Office;  **Alejandro Mayorkas,** Secretary, Department of Homeland Security; **Ur M. Jaddou**, Director, U.S. Citizenship and Immigration Services; **Ted H. Kim,** Associate Director of Refugee, Asylum, and International Operations; **Matthew D. Emrich,** Associate Director of USCIS Fraud Detection and National Security Directorate; **Christopher A. Wray,** Director of Federal Bureau of Investigations<br><br>                 Defendants. | Case No.:<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 1

## INTRODUCTION

1. This action is brought by Plaintiffs Abduljaleel Altememe, Sumaya Alzuhairy and Ali Altameemi, by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to schedule an interview for an I-589 Application for Asylum and for Withholding of Removal.

2. On or about November 16, 2016, Plaintiff Abdujaleel Altememe submitted an I-589 Application for Asylum and Withholding of Removal.   The case was received and processed by the Arlington Asylum Office.   (**Exhibit A- I-589 Application for Asylum and Withholding of Removal and Acknowledgement of Receipt**).

3. On or about November 18, 2016, Plaintiff Abduljaleel Altememe, Sumaya Alzuhairy and Ali Altameemi received a notification from Defendant United States Citizenship and Immigration Services that instructed that they had to appear at the local Application Support Center between November 21, 2016 and December 5, 2016 to have their biometric information captured.   Plaintiffs did present themselves at the designated location on the designated date and their biometric information was successfully captured. (**Exhibit B – Fingerprint Notification**).

4. After Plaintiffs had provided their biometric information to Defendant United States Citizenship and Immigration Services, they received no further information at all from the Arlington Asylum Office about when the asylum interview would be scheduled.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 2

5.   On or about January 24, 2023, the undersigned attorney, on behalf of the Plaintiffs, contacted the Defendant Los Angeles Asylum Office and advised them that he was the attorney of record and that the Plaintiffs' file had to be transferred from the Arlington Asylum Office to the Defendant Los Angeles Asylum Office.    In response, the Defendant Los Angeles Asylum Office acknowledged that the undersigned attorney was Plaintiffs' attorney and stated that the case had not yet been scheduled for an interview.  (**Exhibit C – January 24, 2023 e-mail and response**).

6.   Since Plaintiff Abduljaleel Altemem's case was first received by the Arlington Asylum Office and then later by the Defendant Los Angeles Asylum Office, he has received absolutely no communications whatsoever from Defendants about when the asylum case will be scheduled for an interview.

7.   Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for over six years.  Plaintiffs seek to compel Defendants, through a writ of mandamus, to schedule the asylum interview for the pending I-589 Application for Asylum and Withholding of Removal.

## PARTIES

8.   Plaintiff ABDULJALEEL ALTEMEME is a citizen of Iraq and filed his I-589 Application for Asylum and Withholding of Removal on or about November 16, 2016.  Plaintiff SUMAYA ALZUHAIRY is the spouse of Plaintiff Abduljaleel Altememe and is listed as a derivate applicant on his I-589 Application for Asylum and Withholding of Removal.

9. Plaintiff ALI ALTAMEEMI is the minor child of Plaintiffs Abduljaleel Altememe and Sumaya Alzuhairy and is listed as a derivative applicant on his father's I-589 Application for Asylum and Withholding of Removal.

10. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and the Los Angeles Asylum Office, and officers named as defendants in this complaint.

11. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

12. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff Abduljaleel Altememe's asylum application.

13. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum office.  This suit is brought against Director Radel in his official capacity, as he is charged overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

14. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security.  This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 4

immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

15. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff's asylum application. This suit is brought against Director Jaddou in his official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

16. Defendant TED H. KIM (hereinafter "Associate Director Higgins") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

17. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 5

18. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## **JURISDICTION**

19. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiffs suffered a legal wrong and continues to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

20. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

21. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, … no balancing of factors is required or permitted."

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 6

## VENUE

22. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action.  Plaintiffs reside in Alhambra, California, which is located in the Central District of California.  No real property is involved in this action.  Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

23. Plaintiffs have no administrative remedies.  Since Plaintiff Abduljaleel Altememe submitted his I-589 Application for Asylum and Withholding of Removal, he has received no correspondence or communications whatsoever from Defendant USCIS nor Defendant Los Angeles Asylum Office about how much longer he will have to wait for the pending asylum application to be called for an interview.   There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

24. Pursuant to 8 U.S.C. §1158, Plaintiff Abduljaleel Altememe filed an Application for Asylum and Withholding of Removal on or about November 16, 2016.  Since he submitted his I-589 Application for Asylum and Withholding of Removal, he has received no further communication or information from Defendants about when his asylum interview will be scheduled.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 7

25. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

26. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

27. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii). It has over six years since Plaintiff Abduljaleel Altememe submitted his I-589 Application for Asylum and Withholding of Removal and his case has still not been scheduled for an interview.

28. Plaintiffs have no adequate remedy at law and will continue to suffer irreparable harm if the asylum case is not scheduled for an interview.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

## **CLAIM FOR RELIEF**

29. Plaintiffs' claim in this action is clear and certain. Plaintiffs reallege paragraphs 1 through 28, and, as if fully set forth, Plaintiffs are entitled to an order in the nature of mandamus

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 8

to compel Defendants to schedule an interview for the pending I-589 Application for Asylum and Withholding of Removal.

30. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable harm.  Specifically:

a. Plaintiffs have been irreparably damaged from the fear of not knowing what will happen with the asylum case for over six years.  Plaintiff Abduljaleel Altememe has been constantly hoping to have the case scheduled for an interview so that he and his family could move on with their lives.   Because of the long wait and unknowing, Plaintiffs are enduring significant psychological damage.

b. The delay is causing irreparable harm to Plaintiffs who are not able to continue with their lives in the United States without fear of returning to Iraq, a country where they will more likely than not be persecuted, tortured, or killed.

31. The Defendants, in violation of the Administrative Procedures Act, are unlawfully withholding or unreasonably delaying action on Plaintiff Abduljaleel Altememe's asylum application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

32. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff Abduljaleel Altememe's I-589 Application for Asylum and Withholding of Removal and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

33. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

34. Plaintiff Abduljaleel Altememe has attempted to learn about the status of his pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office is able to make decisions on the scheduling of an interview for the pending I-589 Application(s) for Asylum and Withholding of Removal, leaving no adequate remedy. Accordingly, Plaintiffs have been forced to pursue the instant action.

### PRAYER

35. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    a.   Accept jurisdiction and maintain continuing jurisdiction of this action;

    b.   Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

    c.   Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

    d.   Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff Abduljaleel Altememe's asylum application by scheduling an asylum interview;

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Abduljaleel Altememe's Withholding of Removal application by scheduling an asylum interview;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such other relief at law and in equity as justice may require.

Dated this February 10, 2023                    Respectfully Submitted,

/s/ Salah Khitab

Salah Khitab, Esq.
Counsel for Plaintiffs

1
2
3
4
5

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE**

**RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS**

**ALTEMEME v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.**

6
7
8
9
10

| Exhibit | Description | Page |
|---------|-------------|------|
| A | I-589 Application for Asylum and Withholding of Removal and Acknowledgement of Receipt | 1-15 |
| B | I-797 Fingerprint Notification (x3) | 16-18 |
| C | January 25, 2023 e-mail to Defendant Los Angeles Asylum Office and reply | 19 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

**I-589, Application for Asylum and for Withholding of Removal**

**START HERE -** Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture.  ☑

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) *(if any)* None | | 2. U.S. Social Security Number *(if any)* 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 | |
|---|---|---|---|
| 3. Complete Last Name Altememe | 4. First Name Abduljaleel | | 5. Middle Name Hussain Abd |

6. What other names have you used *(include maiden name and aliases)?*
None

7. Residence in the U.S. *(where you physically reside)* N/A

| Street Number and Name 807 College Avenue | | Apt. Number Apt 25 | |
|---|---|---|---|
| City Clemson | State South Carolina | Zip Code 29631 | Telephone Number 864-650-7160 |

8. Mailing Address in the U.S. *(if different than the address in Item Number 7)*

| In Care Of *(if applicable):* same | | Telephone Number same | |
|---|---|---|---|
| Street Number and Name N/A | | Apt. Number N/A | |
| City N/A | State N/A | Zip Code N/A | |

| 9. Gender: ☑ Male  ☐ Female | 10. Marital Status: ☐ Single  ☑ Married  ☐ Divorced  ☐ Widowed |
|---|---|
| 11. Date of Birth *(mm/dd/yyyy)* 05/25/1975 | 12. City and Country of Birth Miqdadiyah,Diyala, Iraq |
| 13. Present Nationality *(Citizenship)* Iraqi | 14. Nationality at Birth Iraqi | 15. Race, Ethnic, or Tribal Group Shia Muslim | 16. Religion Muslim |

17. Check the box, a through c, that applies: a. ☑ I have never been in Immigration Court proceedings.
   b. ☐ I am now in Immigration Court proceedings.  c. ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

18. Complete 18 a through c.
   a. When did you last leave your country? *(mm/dd/yyyy)* 07/30/2013  b. What is your current I-94 Number, if any? 02633059030
   c. List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry.*
   *(Attach additional sheets as needed.)*

| Date 07/31/2013 | Place Chicago, IL | Status J-2 | Date Status Expires D/S |
|---|---|---|---|
| Date 12/31/2011 | Place New York, NY | Status J-2 | |
| Date N/A | Place N/A | Status N/A | |

| 19. What country issued your last passport or travel document? Iraq | 20. Passport Number A5412933 | 21. Expiration Date *(mm/dd/yyyy)* 02/19/2018 |
|---|---|---|
| | Travel Document Number N/A | |

| 22. What is your native language *(include dialect, if applicable)?* Arabic | 23. Are you fluent in English? ☑ Yes  ☐ No | 24. What other languages do you speak fluently? None |
|---|---|---|

| For EOIR use only. | For USCIS use only. | Action: Interview Date: ___ Asylum Officer ID#: ___ | Decision: Approval Date: ___ Denial Date: ___ Referral Date: ___ |
|---|---|---|---|

Form I-589 (Rev. 12/29/14) Y

## Part A.II. Information About Your Spouse and Children

**Your spouse**  ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| None | A5424895 | 04/18/1980 | 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 |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Maiden Name |
|---|---|---|---|
| Alzuhairy | Sumaya | Abdalabaas Saify | Alzuhairy |

| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth |
|---|---|---|
| 09/20/2006 | Baqubah, Diyala, Iraq | Mandali, Diyala, Iraq |

| 12. Nationality *(Citizenship)* | 13. Race, Ethnic, or Tribal Group | 14. Gender |
|---|---|---|
| Iraqi | Shia Muslim | ☐ Male  ☑ Female |

**15.** Is this person in the U.S.?  ☑ Yes *(Complete Blocks 16 to 24.)*  ☐ No *(Specify location):* N/A

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| New York, NY | 12/31/2011 | 66470179524 | J-1 |

| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 22. Is your spouse in Immigration Court proceedings? | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |
|---|---|---|---|
| J-1 | D/S | ☐ Yes  ☑ No | None |

**24.** If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*
☑ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

**Your Children.** List all of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III., Information about your background.)*

☑ I have children.  Total number of children: 1

(**NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.*)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| None | A1710935 | Single | None |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| Altameemi | Ali | Abduljaleel Hussain | 07/06/2009 |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| Kan'an, Diyala, Iraq | Iraqi | Shia Muslim | ☑ Male  ☐ Female |

**13.** Is this child in the U.S.?  ☑ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):* N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(if any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| Chicago, IL | 05/03/2014 | 26726554330 | J-2 |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| J-2 | D/S | ☐ Yes  ☑ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☑ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

2

**Part A. II. Information About Your Spouse and Children (Continued)**

| 1. Alien Registration Number (A-Number) (If any) | 2. Passport/ID Card Number (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (If any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A | N/A | N/A | ☐ Male   ☐ Female |

13. Is this child in the U.S. ?   ☐ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location): N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes   ☐ No |

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A-Number) (If any) | 2. Passport/ID Card Number (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (If any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A | N/A | N/A | ☐ Male   ☐ Female |

13. Is this child in the U.S. ?   ☐ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location): N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes   ☐ No |

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A-Number) (If any) | 2. Passport/ID Card Number (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A | N/A | N/A | ☐ Male   ☐ Female |

13. Is this child in the U.S. ?   ☐ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location): N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes   ☐ No |

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

3

**Part A. III. Information About Your Background**

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| Mautham Altamar Street | Kerbala | Kerbala | Iraq | 01/2007 | 12/2011 |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 807 College Ave, Apt. 25 | Clemson | South Carolina | United States | 1/2015 | Present |
| 854 Issaqueena Trail | Central | South Carolina | United States | 1/2014 | 12/2014 |
| 807 College Avenue | Clemson | South Carolina | United States | 7/2012 | 12/2013 |
| 831 Cleveland Street | Greenville | South Carolina | United States | 1/2012 | 6/2012 |
| Mautham Altamar Street | Kerbala | Kerbala | Iraq | 1/2007 | 12/2011 |

3. Provide the following information about your education, beginning with the most recent.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Clemson University | PhD of Mech. Engineering | Clemson, SC USA | 01/2014 | Present |
| University of Baghdad | MSc of Mech. Engineering | Jadriyah, Baghdad, Iraq | 10/2002 | 09/2006 |
| University of Baghdad | BSc of Mech. Engineering | Jadriyah, Baghdad, Iraq | 10/1994 | 06/2000 |
| Almiqdadiyah | High School | Miqdadiyah, Diyala, Iraq | 09/1980 | 07/1994 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Clemson University, Clemson, SC USA | Research Assistant (RA) | 05/2015 | Present |
| Clemson University, Clemson, SC USA | Grading Assistant (GA) | 01/2015 | 05/2015 |
| University of Kerbala, Kerbala, Iraq | Faculty member | 07/2007 | 12/2011 |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Shamsa Yassen | Miqdadiyah, Diyala, Iraq | ☐ Deceased  Miqdadiyah, Diyala, Iraq |
| *Father* Hussain Altememe | Miqdadiyah, Diyala, Iraq | ☑ Deceased |
| *Sibling* Abdulwahid Altememe | Miqdadiyah, Diyala, Iraq | ☐ Deceased  Miqdadiyah, Diyala, Iraq |
| *Sibling* Abduljabaar Altememe | Miqdadiyah, Diyala, Iraq | ☐ Deceased  Miqdadiyah, Diyala, Iraq |
| *Sibling* Abdulstaar Altememe | Miqdadiyah, Diyala, Iraq | ☑ Deceased |
| *Sibling* Zainab Altememe | Miqdadiyah, Diyala, Iraq | ☐ Deceased  Miqdadiyah, Diyala, Iraq |

## Part B: Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

    I am seeking asylum or withholding of removal based on:

    | | | |
    |---|---|---|
    | ☐ Race | ☐ Political opinion |
    | ☑ Religion | ☐ Membership in a particular social group |
    | ☐ Nationality | ☐ Torture Convention |

A.  Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

    ☐ No       ☑ Yes

    If "Yes," explain in detail:
    1.  What happened;
    2.  When the harm or mistreatment or threats occurred;
    3.  Who caused the harm or mistreatment or threats; and
    4.  Why you believe the harm or mistreatment or threats occurred.

    > In December 2006 I was the victim of an attempted kidnapping by Alqaeda terrorist militia in Yathrib, Salahdin, Iraq because I am a Shia Muslim but was saved by Iraqi soldiers. Also in December 2006 my cousin, Sa'adan Mohammed Altememe, who was also Shia Muslim and working as a policeman was killed by Alqaeda terrorist militia in Baqubah, Diyala, Iraq. My wife's family has been displaced from their home by Alqaeda terrorist militia and her cousin was also the victim of an attempted kidnapping but we saved him by assisting the US military. Additionally, my sister's family has been displaced from their home by Alqaeda terrorist militia because they are also Shia Muslim.

B.  Do you fear harm or mistreatment if you return to your home country?

    ☐ No       ☑ Yes

    If "Yes," explain in detail:
    1.  What harm or mistreatment you fear;
    2.  Who you believe would harm or mistreat you; and
    3.  Why you believe you would or could be harmed or mistreated.

    > In July 2007 I was living in Miqdadiyah, Diyala which had been rescued from Alqaeda terrorist militia control and Iraqi soldiers found papers belonging to the militia with information about me and my family. The soldiers shared this information with my older brother. Even after being rescued from ISIS control in 2014 and 2015, Miqdadiyah is again today controled by armed groups and there are murders and kidnappings daily. I am scared for myself and my family. There is also an absence of civil liberties. My wife does not wear Abaya (a robe-like garment often worn by Muslim women) and is always being harrassed. It is not a place where one has the freedom to express opinions because it is dominated by armed terrorist militias.

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☑ No    ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No    ☑ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

My family and I are Shia Muslims and Shia Muslims in Iraq are hated, persecuted, kidnapped, tortured and murdered by Sunni Muslim terrorist groups such as Alqaeda and ISIS.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

☐ No    ☑ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

We are still Shia Muslims.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No    ☑ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

Shia Muslims are still being persecuted and tortured by the terrorist groups in Iraq. Additionally, I am a PhD student in Mechanical Engineering at Clemson University and I am working on improving the micro aerial vehicle which is being funded by the United States Air Force. It will not be safe for me to return to Iraq for many reasons but also because I have assisted the United States government and military.

In 2013 I lost my job as a faculty member in the Mechanical Engineering department at Kerbala University because the Dean, Ahmed Alrajhi, did not approve the completion of my study becaues I did not belong to any particular party.

## Part C. Additional Information About Your Application

(NOTE: *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

☐ No    ☑ Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

My wife's sister, Hiyam Abdulabbas Saefi Zuhairi, presently has an asylum case pending with USCIS.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

☑ No    ☐ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

☑ No    ☐ Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

☑ No    ☐ Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

**Part C. Additional Information About Your Application (Continued)**

4. After you left the country where you were harmed or fear harm, did you return to that country?

☐ No    ☑ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

> I originally came to the United States in December 2011 but returned to Iraq in March 2013 to renew my J-2 visa and also see my son who was still in Iraq at that time but came to the US in May 2014.

5. Are you filing this application more than 1 year after your last arrival in the United States?

☐ No    ☑ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1; Filing Instructions, Section V. "Completing the Form," Part C.

> I did not know until just a few months ago that filing for asylum was possible. I heard about it from friends and then after contacting an attorney, it took me some time to collect the necessary funds.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

☑ No    ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.



## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Abduljaleel Hussain Abd Altememe | عبد الجليل حسين عبد التميمي |

Did your spouse, parent, or child(ren) assist you in completing this application?   [✓] No   [ ] Yes (If "Yes," list the name and relationship.)

| _____ | _____ | _____ | _____ |
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?   [ ] No   [✓] Yes (If "Yes," complete Part E.)

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   [✓] No   [ ] Yes

Signature of Applicant *(The person in Part A.I.)*

[ Abdul Jaleel Hussain Abd Altememe ]
Sign your name so it all appears within the brackets

Date *(mm/dd/yyyy)*  8/12/2016

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
|  | Danielle M Claffey |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| (404) 949-8151 | 365 Northridge Rd. |

| Apt. Number | City | | State | Zip Code |
|---|---|---|---|---|
| Suite 300 | Atlanta | | Georgia | 30350 |

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

Supplement A, Form I-589

| A-Number *(If available)* | Date |
|---|---|
| None | 10 12 2021 |
| Applicant's Name | Applicant's Signature |
| Abduljaleel Hussain Abd Altememe | |

**List All of Your Children, Regardless of Age or Marital Status**
*NOTE: Use this form and attach additional pages and documentation as needed, if you have more than four children.*

| 1. Alien Registration Number (A-Number) *(If any)* | 2. Passport/ID Card Number *(If any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth** *(mm/dd/yyyy)* |
| N/A | N/A | N/A | N/A |
| **9. City and Country of Birth** | **10. Nationality** *(Citizenship)* | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| N/A | N/A | N/A | ☐ Male  ☐ Female |

**13. Is this child in the U.S.?** ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):* N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **18. What is your child's current status?** | **19. What is the expiration date of his/her authorized stay, if any?** *(mm/dd/yyyy)* | **20. Is your child in Immigration Court proceedings?** | |
| N/A | N/A | ☐ Yes   ☐ No | |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(If any)* | 2. Passport/ID Card Number *(If any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth** *(mm/dd/yyyy)* |
| N/A | N/A | N/A | N/A |
| **9. City and Country of Birth** | **10. Nationality** *(Citizenship)* | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| N/A | N/A | N/A | ☐ Male  ☐ Female |

**13. Is this child in the U.S.?** ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):* N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **18. What is your child's current status?** | **19. What is the expiration date of his/her authorized stay, if any?** *(mm/dd/yyyy)* | **20. Is your child in Immigration Court proceedings?** | |
| N/A | N/A | ☐ Yes   ☐ No | |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

11

**Supplement B, Form I-589**

### Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
| --- | --- |
| None | 10/12/2016 |
| Applicant's Name | Applicant's Signature |
| Abduljaleel Hussain Abd Altememe | *Abdul Jaleel* |

**NOTE:** *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part _____

Question _____

Dear Sir/Madam,

I am writing to you to apply for asylum since it has become clear to me that my life and my family will be in danger if we go back to Iraq. The current security conditions of Iraq along with the osculating spread of the terrorist groups in the country has impacted our choice to not go back. In addition to my personal conditions that form a direct threat on my life, I am a graduate student (PhD student in mechanical Engineering). When I came to US to companion with my wife, who currently graduate student in US, I did not know that I would be attacked so severely by my community because of religion, my family and I are Shia Muslims and Shia Muslims in Iraq are hated, persecuted, kidnapped, tortured and murdered by Sunni Muslims terrorist groups such as Alqaeda and ISIS.

Beginning in December 2006 I was the victim of an attempted kidnapping by Alqaeda terrorist militia in Yathrib, Salahdin, Iraq because I am a Shia Muslim and for Al-Qaeda being Shia means you deserve death but was saved by Iraqi soldiers. Also in December 2006 my cousin, Sa'adan Mohammed Altememe, who was also Shia Muslim and working as a policeman was killed by Alqaeda terrorist militia in Baqubah, Diyala, Iraq. My wife's family has been displaced from their home by Alqaeda terrorist militia and her cousin was also the victim of an attempted kidnapping but we saved him by assisting the US military. Additionally, my sister's family has been displaced from their home by Alqaeda terrorist militia because they are also Shia Muslim.

The current security circumstances put me in direct danger if I return. The spread of the terrorist groups is growing larger. In 2006, Al- Qaeda took over our city of Miqdadiyah, Diyala (to the north east of Baghdad). In July 2007, Miqdadiyah which had been rescued from Alqaeda terrorist militia control, Iraqi soldiers found papers belonging to the militia with information about me and my family. The soldiers shared this information with my older brother. Even after being rescued from ISIS control in 2014 and 2015, Miqdadiyah is again today controled by armed groups and there are murders and kidnappings daily. I am scared for myself and my family. There is also an absence of civil liberties. My wife does not wear Abaya (a robe-like garment often worn by Muslim women) and is always being harrassed. It is not a place where one has the freedom to express opinions because it is dominated by armed terrorist militias.

Indeed, the spread of powerful militant groups makes getting rid of them nearly impossible on the short term at least. For ISIS, being a Shia makes me vulnerable to death. Along with my origin as being a man of Shia sector, and Shia Muslims are still being persecuted and tortured by the terrorist groups in Iraq. Additionally, I am a PhD student in Mechanical Engineering at Clemson University and I am working on improving the micro aerial vehicle which is being funded by the United States Air Force. It will not be safe for me to return to Iraq for many reasons but also because I have assisted the United States government and military.

For my wife, Sumaya Alzuhairy, I will start with persecution of her father in May 1981, a series of incidents accrued as a result of her sector as a Shia Muslim but I will mention the most significant events that have directly affected her and her family. Her father was killed during the Iraqi Iranian war, they never reclaimed his dead body. This event damaged the future of the entire her family. Also, they lost their uncle after a few months of the same year who has been persecuted by Saddam's regime for the same reason. The entire her family had an "x" on their files whenever they tried to apply for jobs or do

13

any kind of governmental documents. In 2006 their house in Ba'aquba has been targeted by mortar shell because for Al-Qaeda being Shia means you deserve death. Luckily they survived with minor injuries but they had to flee to another area (Kana'n/ Door Mandali) that was partially still in the control of the government. Since then, they have been unable to go back to their house. In 2014, ISIS appeared and in November of the same year her uncle was murdered in Baghdad by a militant group. After that in July again one of her relatives lost in Khan Bany Saad, along with at least three hundred other people.

For the sake of my safety and my family, and in order to have the opportunity to live without fear of punishment and persecution, I am applying for asylum in the United States.

Abduljaleel Altememe

13 day of October, 2016.

14

F
R
O
M

DEPARTMENT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
1065 WILSON BLVD.
STATION 2500
ARLINGTON, VA  20598-2500

NAME:  ABDULGALEEL ALTAREWH                                    DATE: 11/18/16
A-NUMBER: 123456789  RECPT: ZAR1509118419                      FORM: I-589

*** ACKNOWLEDGMENT OF RECEIPT ***

    Your complete Form I-589 asylum application was received and is pending
as of 11/18/16.  You may remain in the U.S. until your asylum application
is decided. If you wish to leave while your application is pending, you
must obtain advance parole from USCIS.  If you change your address, send
written notification of the change within 10 days to the above address.
You will receive a notice informing you when you and those listed on your
application as a spouse or dependents must appear for an asylum interview.
Bring to the interview 2 copies of documentary evidence of your
relationship to these family members.

T
O

ABDULGALEEL ALTAREWH
C/O KUCK IMMIGRATION PARTNERS LLC
365 NORTHRIDGE RD STE 300
ATLANTA, GA  30350

15

**EXHIBIT B**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

Fingerprint Notification

| CASE TYPE | | | CODE | NOTICE DATE | |
|---|---|---|---|---|---|
| I589    Application For Asylum | | | | USCIS A# A 209 492 555 | |

| RECEIPT NUMBER ZAR1600136480 | RECEIVED DATE November 16, 2016 | PRIORITY DATE November 16, 2016 | PAGE 1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS
ALI ABDULJALEEL HUS ALTAMEEMI
807 COLLEGE AVE APT 25
CLEMSON SC  29631





You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

**Hours of Operation**
**CLOSED ON FEDERAL HOLIDAYS**

| Address | 14-Day Period | BIOMETRICS PROCESSING STAMP |
|---|---|---|
| USCIS GREER | 11/21/2016 | ASC SITE CODE: |
| 501 PENNSYLVANIA AVENUE | to | BIOMETRICS QA REVIEW BY: |
| GREER SC 296521893 | 12/05/2016 | ON DEC 0 5 2016 |
| | | TENPRINTS QA REVIEW BY: |
| | | ON DEC 0 5 2016 |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you **MUST BRING THIS LETTER**, or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **Note: Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you.** Biometrics processing may take longer without identification.

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

**Rescheduling Form:** ☐ Please reschedule my appointment. Upon receipt of your request, you will receive a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to: **BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586.** If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C  07/11/14  Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

Fingerprint Notification

| | | | | NOTICE DATE |
|---|---|---|---|---|
| **CASE TYPE** I589    Application For Asylum | | | **CODE** | **USCIS A#** A 209 492 554 |
| **RECEIPT NUMBER** ZAR1600136460 | **RECEIVED DATE** November 16, 2016 | **PRIORITY DATE** November 16, 2016 | | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
SUMAYA ABDALABAAS SAIF ALZUHAIRY
807 COLLEGE AVE APT 25
CLEMSON SC  29631





You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | |
|---|---|---|
| USCIS GREER 501 PENNSYLVANIA AVENUE GREER SC 296521893 | 11/21/2016 to 12/05/2016 | |

**Hours of Operation**
CLOSED ON FEDERAL HOLIDAYS

BIOMETRICS PROCESSING STAMP

ASC SITE CODE   XAG
BIOMETRICS QA REVIEW BY:
ON DEC 0 5 2016
TENPRINTS QA REVIEW BY:
ON DEC 0 5 2016

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you **MUST BRING THIS LETTER**, or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **Note: Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you.** Biometrics processing may take longer without identification.

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

**Rescheduling Form:** ☐ Please reschedule my appointment. Upon receipt of your request, you will receive a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to: BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586. If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  07/11/14 Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE DATE | |
|---|---|

Fingerprint Notification

| CASE TYPE | | CODE | USCIS A# |
|---|---|---|---|
| I589    Application For Asylum | | | A 209 492 553 |

| RECEIPT NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| ZAR1600136430 | November 16, 2016 | November 16, 2016 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
ABDULJALEEL HUSSAIN ABD ALTEMEME
807 COLLEGE AVE APT 25
CLEMSON SC 29631




You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

**Hours of Operation**
**CLOSED ON FEDERAL HOLIDAYS**

| Address | 14-Day Period |
|---|---|
| USCIS GREER | 11/21/2016 |
| 501 PENNSYLVANIA AVENUE | to |
| GREER SC 296521893 | 12/05/2016 |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you **MUST BRING THIS LETTER**, or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **Note:** Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you. Biometrics processing may take longer without identification.

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

Rescheduling Form:☐ Please reschedule my appointment. Upon receipt of your request, you will receive a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to: BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586. If you have any questions regarding this notice, please call 1-800-375-5283.

**APPLICANT COPY**



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 07/11/14 Y

**EXHIBIT C**

**Assistant**

| | |
|---|---|
| **From:** | Los Angeles Asylum <LosAngelesAsylum@uscis.dhs.gov> |
| **Sent:** | Wednesday, January 25, 2023 8:30 AM |
| **To:** | Assistant |
| **Subject:** | RE: Altememe, Abduljaleel A209492553 |

Dear Mr. Abusharar,

Per your request, we've added your representation to Abduljaleel Altememe's case in the asylum database. This case has not yet been sent to our office. We will request it when an interview has been scheduled.

Thank you,

Los Angeles Asylum Office
14101 MYFORD RD, TUSTIN CA 92780
LosAngelesAsylum@uscis.dhs.gov

Mailing address: PO BOX 2003 Tustin, CA 92781-2003
Phone: (714) 368-5700 Fax: (714) 368-5799.

You may check case status on-line at https://egov.uscis.gov/casestatus/landing.do

KC

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.*

**From:** Assistant <assistant2@abushararlaw.com>
**Sent:** Tuesday, January 24, 2023 2:47 PM
**To:** Los Angeles Asylum <LosAngelesAsylum@uscis.dhs.gov>
**Subject:** Altememe, Abduljaleel A# 209 492 553

Dear Sir / Madam,

We are sending this email about the above-mentioned applicant. The purpose of this email is to ensure that the applicant's file has been physically transferred to the LA asylum office from Arlington asylum office. Please see attached form G 28.

Thank you.

19